# United States Court of Appeals
# for the Federal Circuit

---

**WILLIAM GRONER,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7072

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-1280, Judge Robert N. Davis.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

SHELLEY D. WEGER, Attorney, Commercial litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and MEGHAN HERNANDEZ,

Attorney, United States Department of Veterans Affairs, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 1, 2013 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |